## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### AKRON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **IN THE PROCEEDING** |
| | § | **UNDER CHAPTER 13** |
| **AMY LYNN FARKUS** | § | |
| **DEBTOR** | § | **CASE NO. 05-52431-MS** |
| | § | |
| | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE MARILYN SHEA-** |
| | § | **STONUM** |
| | § | |
| | | **AFFIDAVIT OF DEFAULT** |

STATE OF TEXAS )
)  SS.
COUNTY OF Harris )

Now comes _Juanita Johnson_, being first duly sworn, deposes and

says that he/she is an officer of Litton Loan Servicing, LLP, as servicing agent for Deutsche

Bank National Trust Company, as Trustee under the applicable agreement, a secured creditor

herein and holder of the first mortgage on real estate of the Debtor:

Amy Lynn Farkus

and is authorized to make this Affidavit.

Further Affiant states that said account is in default for a total post-petition arrearage of

$8,117.98, as the post-petition payments due for the months of July 2006 through August 2006,

at $490.92 each, the post-petition payments due for the months of September 2006 through

February 2007, at $527.59 each, the post-petition payments due for the months of March 2007

through July 2007, at $548.90 each, accrued post-petition payment shortages of $125.37, accrued

late charges of $264.30, stipulated payment due for the month of December 2005 at $209.13 and

stipulated payments due for the months of January 2006 through March 2006 at $209.10 each

have not been paid; that the Debtor has failed to comply with the Amended Agreed Order for Relief from Stay entered herein on February 14, 2006; and that Litton Loan Servicing, LLP has elected to terminate the automatic stay and call the entire balance of said account due and payable in accordance with the terms of the note and mortgage, and said Amended Agreed Order.

Affiant knows of his/her own knowledge that the averments set forth herein are true and correct.

By: _____
Bankruptcy Representative

SUBSCRIBED AND SWORN TO BEFORE ME on _____, 200_7

Tara Renee Marino
Notary Public State of Texas
My Commission Expires
11-15-2010

_____
Notary Public

## CERTIFICATE OF SERVICE

On August 1, 2007, the following parties were served a true and accurate copy of the foregoing:

ELECTRONICALLY:

Jerome L. Holub, Trustee
One Cascade Plaza #2020
Akron, OH 44308-1318

Office of the United States Trustee
200 Public Square, Suite 20-3300
Cleveland, Ohio 44114

Robert M. Whittington, Jr.
159 S. Main St. #1023
Akron, OH 44308-1318

ORDINARY MAIL:

Amy Lynn Farkus
1201 Hart St
Akron, OH 44306

Date: August 1, 2007          /s/ Alison A. Gill
                              Alison A. Gill: 0061710
                              *FUSCO, MACKEY, MATHEWS & GILL* LLP
                              Attorneys for Movant