**IT IS SO ORDERED.**

**Dated:  11:32 AM September 08 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

```
B09-01274                    EAB\cac
```

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT
### EASTERN DIVISION - AKRON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| AMY LYNN FARKUS | ) | CASE NO. 05-52431 |
| | ) | |
| Debtor | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | ORDER FOR RELIEF FROM STAY |
| | ) | |
| | ) | PROPERTY ADDRESS: 1201 Hart St., Akron, Ohio 44306 |

This matter came to be considered on the Conditional Order entered into by and between the parties and an Affidavit of Default submitted subsequent thereto and filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-1, ASSET BACKED CERTIFICATES, SERIES 2004-1, its successors and assigns ("Movant").

**The Court finds that pursuant to an Order previously granted in this Court, the post-petition payments were to be made each and every month outside of the Chapter 13 plan and if any post-petition payments were missed so that the delinquency equaled thirty (30) days or longer, the stay of proceedings now in effect could be removed by the filing of an affidavit.** Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

1. **The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns and with respect to the real estate more fully set forth on Exhibit A attached hereto.**

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

# # #

SUBMITTED BY:

/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
ebailey@reimerlaw.com

# EXHIBIT "A"

Known as being 1201 Hart Street, Akron, OH 44306

Situated in the City of Akron, County of Summit and State of Ohio: And known and described as follows: Being part of Lots number ten (10) and eleven (11) of First Hart Allotment as surveyed by R. S. Paul and recorded in Plat Book 2, Page 9, Summit County Records of Plats, bounded and described as follows:

Beginning at a point in the northerly line of Hart Street, which point is forty (40) feet northwesterly from the southeasterly corner of said Lot No. 11 thence northeasterly and parallel to the northeasterly line of said Lot No. 11, a distance of 82 1/2 feet to a point; thence northwesterly and parallel to the northerly line of Hart Street a distance of forty (40) feet to a point thence southerly and parallel to the southeast line of said Lot No. 10 a distance of 82 1/2 feet the northerly line of Hart Street; thence southeasterly on the southeast line of said Lots Nos. 10 and 11 and northerly line of Hart Street a distance of forty (40) feet to the place of beginning.

Also known as 1201 Hart Street, Akron, Ohio

PM No. 68-16933  PPN No. 06-00881-07-007.000

```
|||||||||||||||||  FARKUS
39328635                              OH
FIRST AMERICAN ELS
ASSIGNMENT OF MORTGAGE
||||||||||||||||||||||||||||||||||||||
```





LIST OF PARTIES TO BE SERVED

Served electronically via the Court's CM/ECF system to the following who are listed in the Court's Electronic Mail Notice list:

1.  Office of the U.S. Trustee
    * Served Electronically *

2.  Keith Rucinski, Trustee
    krucinski@ch13akron.com

3.  Robert M. Whittington, Jr., Esq.
    elkwhitt@neo.rr.com
    Attorney for Debtor

4.  Edward A. Bailey, Esq.
    bknotice@reimerlaw.com
    Attorney for Movant

Served by mailing the same by ordinary U.S. Mail, postage prepaid, to the persons listed below

5.  Amy Lynn Farkus, Debtor
    1201 Hart St.
    Akron, OH 44306

6.  Summit County Treasurer's Office
    Ohio Building - 175 S. Main Street
    Suite 320
    Akron, Ohio 44308
    Party In Interest

7.  Evergreen
    611 W. Market St.
    Akron, OH 44303
    Party In Interest